■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ZARHIAH RICHEY, Appellant. [872 NYS2d 675]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered March 1, 2007, convicting her of assault in the third degree and criminal possession of a weapon in the fourth degree (two counts), after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

In fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson,* 9 NY3d 342 [2007]), we nevertheless accord great deference to the factfinder's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo,* 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley,* 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero,* 7 NY3d 633 [2006]). Florio, J.P., Covello, Balkin and Leventhal, JJ., concur.